■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH HIRSCH, Appellant. [720 NYS2d 535] —Appeal by the

defendant from a judgment of the County Court, Nassau County (LaPera, J.), rendered June 4, 1999, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The evidence established that a burglar took the victims' jewelry, cash, and other personal belongings after forcibly entering their house by breaking the glass side door. A fingerprint expert testified that a latent fingerprint lifted from the broken glass matched that of the defendant's left index finger. Fingerprint evidence, although circumstantial in nature, is sufficient proof if it leads to a conclusion of guilt beyond a reasonable doubt and excludes every reasonable hypothesis of innocence (*see, People v Murray,* 168 AD2d 573; *People v Sparacino,* 150 AD2d 814; *People v Talley,* 110 AD2d 792). Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), giving it the benefit of every reasonable inference to be drawn therefrom, we find that the jury reasonably concluded that the defendant's guilt was proven to a moral certainty (*see, People v Betancourt,* 68 NY2d 707). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are without merit. Bracken, Acting P. J., Goldstein, H. Miller and Feuerstein, JJ., concur.